KEITH E. EGGLETON, State Bar No. 159842
Email: keggleton@wsgr.com
RODNEY G. STRICKLAND, State Bar No. 161934
Email: rstrickland@wsgr.com
DALE BISH, State Bar No. 235390
Email: dbish@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL RURA, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>NETFLIX, INC.,<br><br>    Defendant, | CASE NO.: 11 CV 01075 SBA<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S RESPONSE TO THE COMPLAINT DUE TO PENDING MOTION TO CONSOLIDATE |

STIPULATION RE DEFENDANT'S RESPONSE TO THE COMPLAINT
CASE NO. 11 CV 01075 SBA
-1-

1  WHEREAS, on March 8, 2011, Plaintiff Michael Rura ("Plaintiff") filed a class action complaint against Netflix, Inc. ("Netflix") alleging violations of the Video Privacy Protection Act ("VPPA") and other claims arising from Netflix's alleged data retention practices;

WHEREAS, in addition to this action, to date, four additional class action complaints have been filed in this judicial district that contain substantially similar allegations and causes of action, and that seek the same relief as this action, specifically <u>Milans v. Netflix, Inc.</u>, Case No. 11-CV-0379 JF (the "Milans Action"); <u>Bernal v. Netflix, Inc.</u>, Case No. 11-CV-00820 PSG (the "Bernal Action"); <u>Comstock v. Netflix, Inc.</u>, Case No. 11-CV-1218 HRL (the "Comstock Action"); and <u>Sevy v. Netflix, Inc.</u>, Case No. 11-CV-01309 PSG;

WHEREAS, on March 11, 2011, Plaintiff filed an administrative motion for an order relating the above-captioned action with the Milans Action;

WHEREAS, on March 11, 2011, plaintiffs in this action and the Bernal Action filed a motion in the Milans Action for an order (1) consolidating this action with the Bernal Action and the Milans Action; and (2) appointing Bursor & Fisher, P.A. and Faruqi & Faruqi, LLP as Interim Lead Co-Class Counsel, which motion is currently set to be heard on May 6, 2011 (the "Consolidation Motion");

WHEREAS, Netflix's response to the complaint in this action is currently due on or before April 1, 2011;

WHEREAS, Netflix has requested, and plaintiffs in each of the actions referenced herein have agreed to, an extension of time for Netflix to respond to the complaint pending resolution of the Consolidation Motion.

STIPULATION RE DEFENDANT'S RESPONSE TO THE COMPLAINT
CASE NO. 11 CV 01075 SBA

-2-

NOW THEREFORE, IT IS HEREBY STIPULATED that:

1. Netflix shall respond to the complaint within 30 days after the cases are consolidated and a consolidated complaint is filed, or, in the event that the Court denies the pending Consolidation Motion, within 30 days of the issuance of such order.

2. This stipulation is without prejudice to the rights, claims, or defenses of any party, and shall not be used by Netflix as evidence of, or to support any argument that, Plaintiff has not timely pursued his claims or has not been diligent.

Dated: March 22, 2011

        s/ Rodney G. Strickland, Jr.

Rodney G. Strickland, Jr.
WILSON SONSINI GOODRICH & ROSATI

Attorneys for Defendant
NETFLIX, INC.

Dated: March 22, 2011

        s/ Vahn Alexander

Vahn Alexander
FARUQI & FARUQI, LLP

Attorneys for Plaintiff Michael Rura

STIPULATION RE DEFENDANT'S RESPONSE TO THE COMPLAINT
CASE NO. 11 CV 01075 SBA

-3-

## [PROPOSED] ORDER

Netflix shall respond to the complaint no later than 30 days after the cases are consolidated and a consolidated complaint is filed, or, in the event that the Court denies the pending Consolidation Motion, within 30 days of the issuance of such order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/28/11

_____
UNITED STATES DISTRICT JUDGE

STIPULATION RE DEFENDANT'S RESPONSE TO THE COMPLAINT
CASE NO. 11 CV 01075 SBA

-4-

I, Rodney G. Strickland, Jr., am the ECF User whose identification and password are being used to file the Stipulation And [Proposed] Order Regarding Defendant's Response to the Complaint. I hereby attest Vahn Alexander has concurred in this filing.

Dated: March 22, 2011

                                                                     s/ Rodney G. Strickland, Jr.

                                                                     Rodney G. Strickland, Jr.
                                                                     WILSON SONSINI GOODRICH & ROSATI

                                                                     Attorneys for Defendant
                                                                     NETFLIX, INC.